233 So.2d 249

**Eddie DAVENPORT**

v.

**The LEMON TREE OF RUSTON, INC. et al.**

No. 50421.

April 3, 1970.

In re: The Lemon Tree of Ruston, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln.  230 So.2d 764.

Writ refused.  We find no error of law in the judgment complained of.

233 So.2d 249

**RESOLUTE INSURANCE COMPANY**

v.

**Glenn UNDERWOOD, Jr.**

No. 50419.

April 3, 1970.

233 So.2d 250

**LINDA MERCANTILE CORPORATION**

v.

**Roy B. BOWERS.**

No. 50424.

April 3, 1970.

In re: Linda Mercantile Corporation applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge.  230 So.2d 302.

Writ refused.  On the facts found by the Court of Appeal the result is correct.